UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | No. 1:22-cv-00407-DAD-BAM (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| KATHLEEN ALLISON, et al., | (Doc. No. 7) |
| Defendants. | |

Plaintiff Melvin Ray Brummett, Jr. is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 8, 2022, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. Nos. 1, 2.) Plaintiff filed a certified copy of his prisoner trust account statement on April 12, 2022. (Doc. No. 6.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 12, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $402.00 filing fee in full to proceed with this action because he is able to afford the costs of this action. (Doc. No. 7.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within

fourteen (14) days after service. (*Id.* at 2.) To date, no objections have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on April 12, 2022 (Doc. No. 7) are adopted;
2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is denied;
3. Within twenty-one (21) days following service of this order, plaintiff shall pay the required $402.00 filing fee in full to proceed with this action;
4. Plaintiff's failure to pay the filing fee within the specified time will result in the dismissal of this action; and
5. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **May 16, 2022**

UNITED STATES DISTRICT JUDGE