UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | No. 1:22-cv-00407-ADA-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| KATHLEEN ALLISON, *et al.*, | (ECF No. 14) |
| Defendants. | |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 23, 2022, the assigned Magistrate Judge screened Plaintiff's first amended complaint and issued findings and recommended that this action proceed on Plaintiff's first amended complaint against Defendants V. Diaz and D. Escalera for deliberate indifference to conditions of confinement in violation of the Eighth Amendment. (ECF No. 14.) The Magistrate Judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id.* at 19.) On January 11, 2023, Plaintiff timely filed objections to the findings and recommendations. (ECF No. 15.)

///

Plaintiff's objections generally set forth his disagreement with the Magistrate Judge's findings and recommendations. As Plaintiff's disagreement is supported only by the same types of conclusory allegations and statements of the elements of each cause of action as set forth in the complaint, the objections do not provide any basis for overturning the findings and recommendations. In addition, Plaintiff does not set forth any basis for a finding that the Magistrate Judge shows personal bias or prejudice against him, and the request for the case to be reassigned is denied. Plaintiff is also reminded that his choice not to consent to the Magistrate Judge's jurisdiction does not prevent the Magistrate Judge from issuing findings and recommendations or other non-dispositive orders in this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on December 23, 2022, (ECF No. 14), are adopted in full;
2. This action shall proceed on Plaintiff's first amended complaint, filed July 25, 2022, (ECF No. 10), against Defendants V. Diaz and D. Escalera for deliberate indifference to conditions of confinement in violation of the Eighth Amendment;
3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted; and
4. This action is referred back to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   February 14, 2023

UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28