# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00407-ADA-BAM (PC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT<br>(ECF No. 23)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING JUNE 26, 2023 SETTLEMENT CONFERENCE<br>(ECF No. 22)<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER AND CONSENT/DECLINE FORM |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants V. Diaz and D. Escalera for excessive force in violation of the Eighth Amendment. Defendants Diaz and Escalera have answered the complaint. (ECF No. 21.)

On April 18, 2023, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 22.) The Court's order granted Defendants time to investigate and determine whether to opt out of the post-screening ADR project.

On May 18, 2023, Defendants filed a motion to opt out of early ADR and a request for an extension of the responsive pleading deadline. (ECF No. 23.) Defense counsel declares that after conferring with Plaintiff, investigating Plaintiff's claim, and consulting with counsel's supervisor,

1

1  defense counsel determined that a settlement conference would likely be a waste of resources for
2  the Court and the parties at this early stage.  Defense counsel therefore requests to opt out of the
3  Court's Post-Screening ADR Project and further request that the Court set a deadline to file a
4  responsive pleading that is at least 30 days after the Court issues a decision on this request.  (*Id.*)
5       The request to extend the deadline to file a responsive pleading is denied as moot.  As
6  noted above, Defendants Diaz and Escalara filed an answer to the first amended complaint on
7  April 17, 2023.  (ECF No. 21.)  To the extent Defendants seek to file an amended responsive
8  pleading, they may file a motion requesting leave to do so.
9       The request to opt out of the early ADR project is granted.  Therefore, the stay is lifted,
10  and the June 26, 2023, settlement conference is vacated.
11      If the parties wish to set a settlement conference with the Court at a later date, they should
12  so inform the Court.  However, the parties are also reminded that they are not precluded from
13  negotiating a settlement without judicial assistance.
14      Accordingly, IT IS HEREBY ORDERED that:
15      1.    Defendants' request to opt out of post-screening early dispute resolution, (ECF No.
16            23), is GRANTED IN PART and DENIED IN PART, as discussed above;
17      2.    The stay of this action, (ECF No. 22), is LIFTED;
18      3.    The June 26, 2023 settlement conference is VACATED;
19      4.    The Clerk of the Court is DIRECTED to issue a discovery and scheduling order
20            and a consent/decline form to the parties; and
21      5.    The parties may proceed with discovery pursuant to the discovery and scheduling
22            order to be issued by separate order.

IT IS SO ORDERED.

Dated:   **May 22, 2023**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE