# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>ALLISON, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-00407-ADA-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION SEEKING VOLUNTARY DISMISSAL BY COURT ORDER<br><br>(ECF No. 34) |

Plaintiff Melvin Ray Brummett, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants V. Diaz and D. Escalera for excessive force in violation of the Eighth Amendment.

On September 25, 2023, Defendants filed a motion for summary judgment on the ground that Plaintiff failed to exhaust his administrative remedies. (ECF No. 28.) Plaintiff filed an opposition on October 18, 2023, (ECF No. 29), and Defendants filed a reply on October 30, 2023, (ECF No. 30). Pursuant to the Court's November 1, 2023 order, Plaintiff's supplemental opposition, if any, is due on or before December 4, 2023. (ECF No. 31.)

Currently before the Court is Plaintiff's motion seeking voluntary dismissal by court order pursuant to Federal Rule of Civil Procedure 41(a)(2), filed November 27, 2023. (ECF No. 34.) Plaintiff states that his request is based on the contingency that Defendants do not contest the

voluntary dismissal. Plaintiff contends that Defendants will not be prejudiced because a voluntary dismissal without prejudice is the same as a dismissal without prejudice for failure to exhaust. Plaintiff believes that he cannot prevail on the pending failure to exhaust summary judgment motion and this issue would be a waste of the Court's time and resources. Although Plaintiff believes that he can prevail in an appeal of claims which were dismissed earlier in this action, he is willing to forego an appeal on those issues if Defendants do not oppose his motion for voluntary dismissal. (*Id.*)

On November 28, 2023, Defendants filed a notice of non-opposition to Plaintiff's motion. (ECF No. 35.)

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and in light of Defendants' statement of non-opposition, the Court finds the terms of the dismissal proper. As specified in Plaintiff's motion, the dismissal is without prejudice.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion seeking voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(2), (ECF No. 34), is GRANTED;
2. This action is dismissed, without prejudice; and
3. The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **November 28, 2023**         /s/ *Barbara A. McAuliffe*     _
                                                    UNITED STATES MAGISTRATE JUDGE